1  EILEEN M. DECKER
   United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
4  STEVEN R. WELK
   Assistant United States Attorney
5  Chief, Asset Forfeiture Section
6  KATHARINE SCHONBACHLER
   Assistant United States Attorney
7  Asset Forfeiture Section
   California Bar No. 222875
8      Federal Courthouse, 14th Floor
       312 North Spring Street
9      Los Angeles, California 90012
       Telephone:  (213) 894-3172
10     Facsimile:  (213) 894-7177
       E-mail: Katie.Schonbachler@usdoj.gov
11
12
   Attorneys for Plaintiff
13 UNITED STATES OF AMERICA

14
                  UNITED STATES DISTRICT COURT
15
             FOR THE CENTRAL DISTRICT OF CALIFORNIA
16
                        WESTERN DIVISION
17

| UNITED STATES OF AMERICA, | NO. CV 15-07149-R (JCx) |
|---|---|
| Plaintiff, | |
| v. | PROTECTIVE ORDER |
| $175,121.75 IN WELLS FARGO BANK FUNDS, | |
| Defendant. | |
| THE MATADOR GROUP, INC. | |
| Claimant. | |

18
19
20
21
22
23
24
25
26

27      The Court having reviewed and considered the Stipulation

28 Re: Protective Order filed by the parties in this matter on

March 4, 2016, and good cause appearing, the Court FINDS and ORDERS as follows:

1.    On September 10, 2015, the government filed a complaint for forfeiture.  On December 9, 2015, claimant filed a claim to the defendant $175,121.75 in Wells Fargo Bank Funds.

2.    The discovery that the government intends to produce to claimant in this matter includes personal identification information for others, including but not limited to names, addresses, telephone numbers, e-mail addresses, social security numbers, driver's license numbers, phone numbers, dates of birth, bank account numbers and other similar information (collectively "profile information").

3.    Only claimant's counsel and claimant's counsel's employees and retained experts may review the un-redacted discovery, including profile information, in preparation for trial and they may not use the un-redacted profile information or any portion thereof except for the specific purpose of preparing or presenting a defense in this matter.  Un-redacted profile information produced to the claimant's counsel shall be stored in a secure manner.

4.    Claimant may review un-redacted profile information in claimant's counsel's office or at the courthouse, and only in the presence of claimant's counsel and/or claimant's counsel's agents.  Claimant may not possess or in any way make a copy of any un-redacted profile information at any time.  Claimant may not take or remove from claimant's counsel's office or the courthouse un-redacted profile information.

///

1     5.    No one other than claimants' counsel, claimant's

2   counsel's employees or retained experts, may review or possess a

3   copy of any un-redacted profile information at any time. If

4   claimant's counsel deems it appropriate or necessary for

5   claimant to receive some or all of the profile information in

6   this case, claimant's counsel may, without further Order of the

7   Court, provide only redacted portions of the profile

8   information, where an Assistant United States Attorney or the

9   Court approves the redactions. A willful violation of this

10   Protective Order by claimant, its counsel, or others may result

11   in contempt of court proceedings or other civil or criminal

12   sanctions.

13   ///

14   ///

15   ///

16

17

18

19

20

21

22

23

24

25

26

27

28

6.    Within 60 days of the conclusion of this matter and the exhaustion of all appeals, claimant's counsel, claimant's counsel's employees, and any retained expert, must either: (1) return all documents containing profile information to the government, as well as all copies, and all notes, memoranda or other documents containing profile information obtained from documents produced in discovery, or (2) destroy the documents containing profile information and certify in writing to counsel for the government that the documents have been destroyed.

IT IS SO ORDERED.

D

ATED: March 7, 2016

THE HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

__/s/_____
KATHARINE SCHONBACHLER
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA