EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 222875
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3172
    Facsimile: (213) 894-7177
    E-mail: Katie.Schonbachler@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$175,121.75 IN WELLS FARGO BANK FUNDS,<br><br>Defendant. | NO. CV 15-07149-R (JCx)<br><br>JUDGMENT OF FORFEITURE |
| THE MATADOR GROUP, INC.<br><br>Claimant. | |

///

///

1 | Plaintiff's Motion for Summary Judgment having been granted by Order on
2 | June 21, 2016,
3 | IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment
4 | is entered for plaintiff United States of America.
5 | IT IS FURTHER HEREBY ORDERED, ADJUDGED AND DECREED
6 | that all right, title, and interest of claimant The Matador Group, Inc. and all other
7 | potential claimants in and to the defendant $171,121.75 in Wells Fargo Bank
8 | Funds ("defendant") is condemned and forfeited to the United States of America.
9 | The defendant shall be disposed of in accordance with law.
10 | The Court finds that there was reasonable cause for the seizure of the
11 | defendant and institution of these proceedings. The judgment shall be construed as
12 | a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.
13 | IT IS SO ORDERED.

DATED: July 20, 2016

_____
THE HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

PRESENTED BY:
EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

     /s/
_____
KATHARINE SCHONBACHLER
Assistant United States Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA