1  EILEEN M. DECKER
   United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  KATHARINE SCHONBACHLER
   Assistant United States Attorney
6  Asset Forfeiture Section
   California Bar No. 222875
7        Federal Courthouse, 14th Floor
         312 North Spring Street
8        Los Angeles, California 90012
         Telephone: (213) 894-3172
9        Facsimile: (213) 894-7177
         E-mail: Katie.Schonbachler@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | NO. CV 15-07149-R (JCx) |
|---|---|
| Plaintiff, | |
| v. | AMENDED JUDGMENT OF FORFEITURE |
| $175,121.75 IN WELLS FARGO BANK FUNDS, | |
| Defendant. | |
| THE MATADOR GROUP, INC. | |
| Claimant. | |

///

///

Plaintiff's Motion for Summary Judgment having been granted by Order on June 21, 2016,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered for plaintiff United States of America.

IT IS FURTHER HEREBY ORDERED, ADJUDGED AND DECREED that all right, title, and interest of claimant The Matador Group, Inc. and all other potential claimants in and to the defendant $175,121.75 in Wells Fargo Bank Funds ("defendant") is condemned and forfeited to the United States of America. The defendant shall be disposed of in accordance with law.

The Court finds that there was reasonable cause for the seizure of the defendant and institution of these proceedings. The judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

IT IS SO ORDERED.

DATED: August 1, 2016

THE HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

PRESENTED BY:
EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

   /s/
KATHARINE SCHONBACHLER
Assistant United States Attorney
Attorneys for Plaintiff